01-15-00996-CR

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/24/2015 2:50:17 PM
CHRISTOPHER A. PRINE
Clerk

November 20, 2015

CRESPIN M. LINTON
ATTORNEY OF RECORD
440 LOUISIANA, SUITE 900
HOUSTON, TEXAS 77002

Defendant's Name: KEYDRIN ARCENEAUX

Cause No: 1486680

Court: 185TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/17/2015
**Sentence Imposed Date:** 11/17/2015
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** CRESPIN M. LINTON

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

CARRIE LOGAN (DELIVERED VIA E-MAIL)

GINA BENCH (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1486680

# THE STATE OF TEXAS
## V.

Keydrin Arceneaux _____, A/K/A/ _____

_____

185 **District Court / County Criminal Court at Law No.** _____

**Harris County, Texas**

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On Keydrin Arceneaux (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

The undersigned attorney (check appropriate box):

☒ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

November 17, 2015
**Date**

Keydrin Arceneaux
**Defendant (Printed name)**

**FILED**
Chris Daniel
District Clerk

**NOV 17 2015**

Time: _____
Harris County, Texas
By_____
Deputy

Joseph X. Quimby
**Attorney (Signature)**

Joseph S. Quimby
**Attorney (Printed name)**

15386550
**State Bar Number**

708 Main # 790, Houston, TX 77002
**Address**

713-222-6733
**Telephone Number**

The defendant (check all that apply):

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☑ **ASKS** the court to set **BAIL.**

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _____
**Defendant (Signature)**

KEYDRIN Arceneaux
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___ **NOV 17 2015** ___

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___NOV 1 7 2015___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that          990

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.    919

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)    cr80

DATE SIGNED: ___NOV 1 7 2015___

                               JUDGE PRESIDING,
                               ___ DISTRICT COURT /
                               COUNTY CRIMINAL COURT AT LAW NO. ___
                               HARRIS COUNTY, TEXAS

 

Cause No. 14-86680

THE STATE OF TEXAS

v.

Keydrin Arceneaux, Defendant

IN THE 185 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [X] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

**FILED**
Chris Daniel
District Clerk

NOV 17 2015

Time: _____
Harris County, Texas

By _____
Deputy

_____
Judge

NOV 17 2015
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: 510 Woodmist, Hou, Tx. 77013

Telephone number: 713 455 9610

Fax number (if any): _____

State Bar of Texas ID number: 15386550

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# APPEAL CARD

Court __86__ Due: 1-16-16  1st.

Cause No. __148668001010__

## The State of Texas
### Vs

__Arceneaux, Keydrin__

Date Notice
Of Appeal: __NOV 17 2015__

Presentation: Vol.____ Pg.____

Judgment: Vol.____ Pg.____

Judge Presiding __Susan Brown__
Court Reporter __Carrie Logan__
Court Reporter __Gina Bench__
Court Reporter _____

Attorney
on Trial __Joseph Owmby__

Attorney
on Appeal __Not Yet Determined__

Appointed_____ Hired_____

Offense __Reckless Injury to Child__

Jury Trial: Yes __✓__ No____

Punishment
Assessed __75 years   TDC__

Companion Cases
(If Known) __1424908 , 1461240__

Amount of
Appeal Bond __∅__

Appellant
Confined: Yes __✓__ No____

Date Submitted
To Appeal Section_____

Deputy Clerk __TLC__   __11-20-15__

__997__

Notice of Appeal Card Rev. 9/84